UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00267-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. NICHOLAS KYLE HERRERA,

 Defendant.

---

**ORDER**

---

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Tuesday, July 29, 2008,** and responses to these motions shall be filed by **Monday, August 11 , 2008.** It is

 FURTHER ORDERED that counsel shall contact the Court if a hearing on all pending motions is necessary. It is

 FURTHER ORDERED that a 3-day jury trial is set for **Monday, August 25, 2008, at 9:00 a.m. in courtroom A-1002.**

 Dated: July 15, 2008

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         U. S. District Judge