**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  08-CR-00267-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. NICHOLAS KYLE HERRREA ,**

**Defendant.**

---

### ORDER REMANDING DEFENDANT

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Order Setting Conditions of Release state that the Defendant shall be enrolled in the Inpatient Program at Peaceful Spirits at this time this cannot be accomplished, therefore:

**IT IS HEREBY ORDERED** that the Defendant shall be remanded to the custody of the U. S. Marshal's Service.

**DATED: December 8, 2010.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**